

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00736-CV

Robyn Lynn **SHALIT**,
Appellant, Cross-Appellee

v.

Michael Lawrence **SHALIT**,
Appellee, Cross-Appellant

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we affirm the parties' divorce, but we reverse the trial court's division of the community estate and its award of spousal maintenance.

We remand the cause to the trial court for a just and right division of the community estate based on the corrected characterization of the properties, as described in our opinion, and a corresponding reevaluation of any award for spousal maintenance.

We tax costs of court for this appeal against Michael Lawrence Shalit.

SIGNED March 16, 2022.

_____
Patricia O. Alvarez, Justice